**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1869

_____

THEODORE M. BANKS,

Plaintiff - Appellant,

v.

NORTH CAROLINA DEPARTMENT OF CORRECTIONS; HARNETT CORRECTIONAL
INSTITUTION,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:03-cv-00772-BO)

_____

Submitted: March 21, 2008          Decided: April 1, 2008

_____

Before NIEMEYER and KING, Circuit Judges, and WILKINS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Theodore M. Banks, Appellant Pro Se. Joseph Finarelli, Thomas
Henry Moore, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore M. Banks appeals the district court's orders granting summary judgment to the Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Banks v. North Carolina Dep't of Corr., No. 5:03-cv-00772-BO (E.D.N.C. Mar. 30, 2006 & Aug. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED